**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **LISA M. GALLEGOS,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:13-CV-1344-N (BF) |
| | § | |
| **CAROLYN W. COLVIN,** | § | |
| **Acting Commissioner of Social Security,** | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made. The objections are overruled.

**IT IS THEREFORE ORDERED** that the final decision of the Commissioner is **AFFIRMED**.

**SO ORDERED** this 24th day of September, 2014.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE